**668**

174 So. 903

### John MORRIS v. STATE.
### 6 Div. 109.

Court of Appeals of Alabama.
May 11, 1937.

SAMFORD, Judge.
Affirmed.

174 So. 903

### Fred MULLINS v. CITY OF HUNTSVILLE.
### 8 Div. 451.

Court of Appeals of Alabama.
May 20, 1937.

PER CURIAM.
Appeal dismissed for want of prosecution.

164 So. 922

### J. D. MUNN v. STATE.
### 4 Div. 160.

Court of Appeals of Alabama.
Nov. 12, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

173 So. 922

### Edward MURPHY, alias Ed., Jackson v. STATE.
### 8 Div. 352.

Court of Appeals of Alabama.
Jan. 26, 1937.

RICE, Judge.
Appeal dismissed.

164 So. 922

### Ollie MUSE v. STATE.
### 8 Div. 265.

Court of Appeals of Alabama.
Nov. 19, 1935.

SAMFORD, Judge.
Affirmed.

165 So. 921

### MUTUAL BENEFIT HEALTH & ACCIDENT ASS'N v. Carl L. BRADLEY.
### 7 Div. 137.

Court of Appeals of Alabama.
Jan. 4, 1936.

J. K. Jackson, of Birmingham, for appellant.
Chas. F. Douglass, of Anniston, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

165 So. 921

### MUTUAL BENEFIT HEALTH & ACCIDENT ASS'N v. Carl L. BRADLEY.
### 7 Div. 167.

Court of Appeals of Alabama.
Dec. 31, 1935.

Chas. F. Douglass, of Anniston, for appellant.
London, Yancey, Smith & Windham, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.